TRACTOR & EQUIPMENT CORP., Appellant, *v.* CHAIN BELT COMPANY, Respondent, et al., Defendants.

Argued March 6, 1951; decided April 12, 1951.

*Herman A. Benjamin* and *Robert Satter* for appellant.

*Harold Harper, Edgar L. Wood* and *Vincent P. Uihlein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.